IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:12 CV 550-MOC-DSC

| | |
|---|---|
| GERARD P. LUX, **Plaintiff**, v. THE CADMUS SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN and CENVEO CORPORATION, **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Shari M. Goodstein]" (document #8) filed September 7, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: September 7, 2012

David S. Cayer
United States Magistrate Judge

3137421v1